AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

JAYQUAN CARLINGTON

APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JAYQUAN CARLINGTON

I certify that I am admitted to practice in this court.

7/21/08
*Date*

[signature]
*Signature*

JAMES T. MC CORMICK 2614
*Print Name* *Bar Number*

128 DORRANCE ST, RM 330
*Address*

PROV RI 02903
*City* *State* *Zip Code*

831-2970 751-1797
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.