AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

JAYQUAN GARLINGTON

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, JAYQUAN GARLINGTON, charged in a (complaint) (petition) pending in this District with POSSESSION OF FIREARM WITH OBLITERATED SERIAL NUMBER in violation of Title 18, U.S.C., 922 (k), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Jayquan Garlington
Defendant

7/21/08
Date

James A. McCall
Counsel for Defendant