IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR08-80S |
| | : | |
| v. | : | In violation Of 18 U.S.C. § 922(k) |
| | : | |
| | : | |
| JAYQUAN GARLINGTON | : | |

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about July 16, 2008, in the District of Rhode Island, the defendant, Jayquan Garlington, did knowingly possess a firearm, that is, a Davis Industries .380 caliber semi-automatic pistol, which had the manufacturer's serial number removed, obliterated and altered, and which firearm had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(k).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 8/25/08