O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JAYQUAN GARLINGTON

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08-80S

I, Jayquan Garlington, the above named defendant, who is accused of

possession of a firearm which had the manufacturer's serial number removed, obliterated and altered, and which firearm had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(k),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on AUGUST 28, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jayquan Garlington
Defendant

Counsel for Defendant

Before David L. Martin
Judicial Officer